UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ELIZABETH M. PEAKE,

                     Plaintiff,

  -against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                   Defendant.
-----------------------------------------------------------------------X

JUDGMENT
03-CV- 5829 (NGG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUN 28 2005 ★
BROOKLYN OFFICE

A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on June 27, 2005, denying the Commissioner's motion; and granting the plaintiff's motion to the extent that the case is remanded to the Social Security Administration for further proceedings consistent with the Court's Memorandum and Order dated June 27, 2005; it is

ORDERED and ADJUDGED that the Commissioner's motion is denied; and that the plaintiff's motion is granted to the extent that the case is remanded to the Social Security Administration for further proceedings consistent with the Court's Memorandum and Order dated June 27, 2005.

Dated: Brooklyn, New York
       June 28, 2005

ROBERT C. HEINEMANN
Clerk of Court